# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD E. CROWE, III, | ) |
| Plaintiff, | ) Civil Action No. 2:13-cv-00900 |
| v. | ) District Judge Mark R. Hornak |
| KANE REGIONAL CENTER, | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | ) |

## MEMORANDUM ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Maureen P. Kelly who has recommended that Defendant's Motion to Dismiss be DENIED. The parties were served with the Report and Recommendation and informed that they had until January 3, 2014, to file written objections. As of the date of this Order, no party has filed objections. After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 21st day of January, 2014,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 3, is DENIED.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 10) is **ADOPTED** as the Opinion of the Court.

**AND IT IS FURTHER ORDERED** that all pretrial proceedings remain referred to Judge Kelly.

Mark R. Hornak
United States District Judge

cc: All Counsel of Record